# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 3:CR-09-123** |
| **DWAYNE ABRAMSON,** | : | **(JUDGE MANNION)** |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Abramson's Motion to Review Detention Order, **(Doc. 231)**, seeking the court to reconsider its February 14, 2020 detention decision under 18 U.S.C. §3142(f)(2)(B), and to release him pending his revocation hearing is **DENIED**.

2. Abramson's motion, to the extent that it seeks temporary release from detainment pursuant to 18 U.S.C. §3142(i) based on alleged compelling reasons related to the COVID-19 pandemic, is **DENIED**.

3. Abramson's detention pending his supervised release revocation hearing will continue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 30, 2020**
09-123-01-ORDER